EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
H&H METALS CORP.,

                Plaintiff,

       -against-

MUNAWAR IQBAL and GULSHAN
KHANCHAND PANJWANI,
                Defendants.
----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/19

17 **CIVIL** 4753 (SHS)

**CORRECTED**
**DEFAULT JUDGMENT**

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Opinion and Order dated July 3, 2019, judgment is entered in plaintiff's favor against the

Defendants' jointly and severally, in the amount of $130,000, plus interest at 12% per annum from

May 31, 2019, in the amount of $1,410.41.

**DATED**: New York, New York
       July 29, 2019

                                  **RUBY J. KRAJICK**
                                  **Clerk of Court**

                         By: _____
                               **Deputy Clerk**