```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
H&H METALS CORP.,

                Petitioner/Judgment Creditor

      -against-

GULSHAN KHANCHAND PANJWANI and MONA
PANJWANI,

              Respondents/Judgment Debtors.

20 Misc. 390 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 14, 2021, the Court issued an order directing Respondents Gulshan Khanchand Panjwani and Mona Panjwani, to comply with post-judgment subpoenas served on them by Petitioner by February 14, 2022.  ECF No. 10.  Accordingly, by **March 9, 2022**, the parties shall file a joint status letter apprising the Court on the status of Respondents' compliance with the subpoenas, and whether this matter may be closed.  If the parties fail to respond by this date, the Clerk of Court shall be directed to close this case.

      SO ORDERED.

Dated: March 2, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge