UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H&H METALS CORP.,

                Petitioner/Judgment Creditor,

-against-

GULSHAN KHANCHAND PANJWANI and MONA PANJWANI,

                Respondents/Judgment Debtors.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/11/2022___

20 Misc. 390 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated March 9, 2022. ECF No. 15. Respondents have retained counsel recently, and their counsel has advised that they will "work diligently with the Respondents to ensure their material compliance with Petitioner's subpoena, the Court's December 14 order, and any further order issued by this Court." *Id.* at 2. Accordingly, the Court shall grant Respondents an additional forty-five day period to comply with the post-judgment subpoena. By **April 25, 2022**, Respondents shall fully comply with their legal obligations under the subpoena, including producing responsive documents and producing Mr. Panjwani for a continued deposition. If Respondents fail to do so, the Court shall not hesitate to explore further sanctions, including and up to holding Respondents in contempt of court.

    SO ORDERED.

Dated: March 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge