```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H&H METALS CORP.,

          Petitioner/Judgment Creditor

-against-

GULSHAN KHANCHAND PANJWANI and MONA PANJWANI,

          Respondents/Judgment Debtors.

20 Misc. 390 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 11, 2022, the Court issued an order directing Respondents Gulshan Khanchand Panjwani and Mona Panjwani, to comply fully with post-judgment subpoenas served on them by Petitioner by April 25, 2022.  ECF No. 16.  Accordingly, by **May 3, 2022**, the parties shall file a joint status letter apprising the Court on the status of Respondents' compliance with the subpoenas, and whether this matter may be closed.

    SO ORDERED.

Dated: April 26, 2022
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge