```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/24/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H&H METALS CORP.,

                   Petitioner/Judgment Creditor

-against-

GULSHAN KHANCHAND PANJWANI and MONA PANJWANI,

                   Respondents/Judgment Debtors.

20 Misc. 390 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint status letter, dated May 10, 2022. ECF No. 20. Accordingly, by **July 1, 2022**, Respondents shall take the following steps:

1. Respondents shall produce all documents and information listed in Exhibit 2 of the parties' status letter, including contact information of third-parties that may have such information, ECF No. 20-2;

2. Respondents and their counsel shall each file a sworn affidavit under penalty of perjury that the documents and information they have not, to date, produced, *see* ECF No. 20-1, are not within their possession, custody, and control, and they have made all reasonable efforts, where such documents are within the possession, custody, or control of third-parties, to provide those individuals' or entities' contact information to Respondents; and,

3. Respondents shall appear for a further deposition.

   By **July 15, 2022**, the parties shall file a status letter to the Court.

   SO ORDERED.

Dated: May 24, 2022
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge